IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YOHAN WEBB,<br><br>        Plaintiff,<br><br>vs.<br><br>BRAD JOHNSON,<br><br>        Defendant. | 4:21CV3042<br><br>**MEMORANDUM<br>AND ORDER** |

    On July 15, 2021, the court ordered Plaintiff to file an amended complaint by September 16, 2021 (Filing 36). On or before August 30, 2021, Plaintiff filed a motion for an extension of time, based on Plaintiff's belief that Defendant would not respond to interrogatories before the pleading deadline (Filing 51). On August 31, 2021, Defendant filed a notice stating that his responses to interrogatories were hand-delivered to Plaintiff on that date (Filing 53).

    IT IS THEREFORE ORDERED that Plaintiff's motion for extension of time (Filing 51) is denied.

    Dated this 1st day of September 2021.

                                              BY THE COURT:

                                              *Richard G. Kopf*
                                              Richard G. Kopf
                                              Senior United States District Judge