IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YOHAN WEBB,<br><br>          Plaintiff,<br><br>vs.<br><br>BRAD JOHNSON, et al.,<br><br>          Defendants. | 4:21CV3042<br><br>**ORDER** |

IT IS ORDERED:

1. Plaintiff's motion to serve another set of interrogatories (Filing 55) is granted. Plaintiff is authorized to serve one additional set of interrogatories on Defendant Brad Johnson for the limited purpose stated in Plaintiff's supporting brief (Filing 56).

2. Plaintiff's motion for extension of time (Filing 57) is granted. Plaintiff shall have until October 18, 2021, to file an amended complaint.

Dated this 10th day of September 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge