IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YOHAN WEBB,<br><br>                Plaintiff,<br><br>vs.<br><br>BRAD JOHNSON,<br><br>                Defendant. | 4:21CV3042<br><br>**ORDER** |

      IT IS ORDERED that Plaintiff's motion to serve interrogatories on non-parties (Filing 60) is denied.

      Dated this 23rd day of September 2021.

                                          BY THE COURT:

                                          *Richard G. Kopf*
                                          Richard G. Kopf
                                          Senior United States District Judge