IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YOHAN WEBB,<br><br>            Plaintiff,<br><br>vs.<br><br>BRAD JOHNSON,<br><br>            Defendant. | 4:21CV3042<br><br>**MEMORANDUM AND ORDER** |

      Plaintiff has filed a motion for injunctive relief (Filing 63). The motion will be denied because, among other reasons, Brad Johnson, Director of Lancaster County Department of Corrections ("LCDC"), is Defendant in this action solely for the purpose of permitting Plaintiff to serve written interrogatories upon the Director in order to determine the identity of LCDC correctional officers who are alleged to have violated Plaintiff's constitutional rights by not permitting him to shower. Other entities named in the motion's caption are not even parties to this action, and the injunctive relief sought by Plaintiff is not related to the claims alleged against the unidentified correctional officers.

      IT IS THEREFORE ORDERED that Plaintiff's motion for injunctive relief (Filing 63) is denied.

      Dated this 1st day of October 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge