IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YOHAN WEBB,<br><br>    Plaintiff,<br><br>vs.<br><br>BRAD JOHNSON,<br><br>    Defendant. | 4:21CV3042<br><br>**ORDER** |

  IT IS ORDERED that Plaintiff's motion for extension of time (Filing 66) is granted. Plaintiff shall have until November 17, 2021, to file an amended complaint.

  Dated this 18th day of October 2021.

                BY THE COURT:

                *Richard G. Kopf*

                Richard G. Kopf
                Senior United States District Judge