IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YOHAN WEBB,<br><br>    Plaintiff,<br><br>vs.<br><br>BRAD JOHNSON, et al.,<br><br>    Defendants. | 4:21CV3042<br><br>**MEMORANDUM<br>AND ORDER** |

  Plaintiff has requested that Defendants be required to make initial disclosures under Rule 26(a)(1) of the Federal Rules of Civil Procedure (Filing 88). This request will be denied because pro se civil cases are exempted from that rule. *See* General Order No. 2020-01 (Filing 6) ¶ 17.

  IT IS THEREFORE ORDERED that Plaintiff's motion for initial disclosures (Filing 88) is denied.

  Dated this 3rd day of March, 2022.

                BY THE COURT:

                Richard G. Kopf
                Senior United States District Judge