IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YOHAN WEBB,<br><br>        Plaintiff,<br><br>   vs.<br><br>BRAD JOHNSON, in his individual capacity; TYSON HELM, Correctional Officer, in his individual capacity; JOESPH WILSON, Correctional Officer, in his individual capacity; QUINTON HOUCHIN, Correctional Officer, in his individual capacity; and JOSHUA EATON, Correctional Officer, in his individual capacity;<br><br>        Defendants. | 4:21CV3042<br><br>**MEMORANDUM AND ORDER** |

      This matter is before the court on Plaintiff's Notice of Appeal (filing 133) and a memorandum from the Clerk of the Court requesting a ruling as to Plaintiff's authorization to proceed in forma pauperis on appeal (filing 134). This is Plaintiff's fourth interlocutory appeal in this case. Plaintiff now seeks to appeal the court's April 21, 2022 Memorandum and Order denying his third motion for the appointment of counsel. (Filing 126.) For the same reasons set forth in the court's April 11, 2022 and April 15, 2022 Memorandums and Orders (filings 101 & 112) and pursuant to 28 U.S.C. § 1915(a)(3), the court certifies that the appeal is not taken in good faith because Plaintiff is attempting to appeal from an order that is not appealable.

      IT IS THEREFORE ORDERED that: Plaintiff may not proceed on appeal in forma pauperis.

Dated this 5th day of May, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge