IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

YOHAN WEBB,

          Plaintiff,

vs.

BRAD JOHNSON, in his individual capacity; TYSON HELM, Correctional Officer, in his individual capacity; JOESPH WILSON, Correctional Officer, in his individual capacity; QUINTON HOUCHIN, Correctional Officer, in his individual capacity; and JOSHUA EATON, Correctional Officer, in his individual capacity;

          Defendants.

4:21CV3042

**ORDER**

      This matter is before the court on Plaintiff's Notice of Appeal (filing 142) and a memorandum from the Clerk of the Court requesting a ruling as to Plaintiff's authorization to proceed in forma pauperis on appeal (filing 143). Upon review, it is apparent that Plaintiff seeks to amend and supplement an earlier Notice of Appeal (filing 110). Accordingly,

      IT IS ORDERED that:

      1.    The Clerk of the Court is directed to transmit Plaintiff's Notice of Appeal (filing 142) to the Eighth Circuit Court of Appeals as a supplement to Plaintiff's Interlocutory Appeal (filing 110; *see also* filing 113) docketed in the Eighth Circuit Court of Appeal as No. 22-1789 (filing 115).

2. To the extent a ruling on Plaintiff's authorization to proceed in forma pauperis is required, Plaintiff may not proceed in forma pauperis on appeal for the reasons stated in the court's April 15, 2022 Memorandum and Order (filing 112).

Dated this 17th day of May, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge