IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

YOHAN WEBB,

        Plaintiff,

vs.

BRAD JOHNSON, et al.,

        Defendants.

4:21CV3042

MEMORANDUM AND ORDER

This matter is before the court on Plaintiff's motion filed on July 7, 2022. (Filing 174.) In response to the court's June 30, 2022 Memorandum and Order (filing 170), Plaintiff requests that the court treat Filing 160 as a new interlocutory appeal. Accordingly,

IT IS THEREFORE ORDERED that:

1. Plaintiff's motion (filing 174) is granted. The court will treat Plaintiff's Filing 160 as a new interlocutory notice of appeal.

2. The clerk of the court is directed to update the docket text of Filing 160 to reflect that it is an interlocutory notice of appeal and to process the appeal in accordance with its procedures.

3. With regard to Plaintiff's authorization to proceed in forma pauperis on appeal, the court certifies that the appeal is not taken in good faith for the same reasons stated in the court's previous orders denying Plaintiff leave to appeal in forma pauperis (filings 101, 112, & 135) and because Plaintiff has already prosecuted an interlocutory appeal raising substantially the same issues.

Dated this 15th day of July, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge